**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | Case No. 3:03-mj-101 |
| Lori Lim | ) | |

_____

An arrest warrant was issued for Lori Lim after she failed to appear and testify before the Grand Jury in the District of North Dakota on August 31, 2004, as directed by subpoena. Ms. Lim was arrested in the District of Nevada on September 11, 2007, and thereafter transported to this district.

Ms. Lim made her initial appearance in this district on October 2, 2007. The court, on its own motion, ordered that Ms. Lim be temporarily detained. Thereafter, on October 22, 2007, the court convened a show cause hearing. Finding Ms. Lim to be in contempt, the court ordered that she be detained pending her appearance before the next Grand Jury and that further proceedings be stayed until November 2, 2007. However, the court indicated that its order would be likely be quashed and that Ms. Lim would be released once she had testified before the Grand Jury.

On October 30, 2007, the Government orally motioned for Ms. Lim's release. In so doing, it advised the court that Ms. Lim had complied with the subpoena and testified before the Grand Jury. The court **GRANTS** the Government's motion. The court further **ORDERS** that the order to show cause be quashed, the hearing scheduled for November 2, 2007, be cancelled, and that Ms. Lim be released from the custody of the Attorney General.

Dated this 30th day of October, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge